In the Matter of the Claim of KARL SCHAUBEL, Respondent, against SIMONS, STEWART & FOY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 10, 1933; decided January 24, 1933.)

*William E. Lyons* and *Barnett Cohen* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order of the Appellate Division reversed and claim for death benefits dismissed, with costs against the State Industrial Board on the ground that the award does not come under the provisions for death benefits for alien dependents provided for by section 17 of the Workmen's Compensation Law. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.